| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) GARCIA, ORLANDO L. | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 05/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ARTICLE III JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

John H. Wood, Jr. US Courthse.
655 E. Durango Blvd.
San Antonio, TX 78206

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/1/2002 | State legislative and judicial pension accounts which have vested and are created under Texas state law |
| 2. 12/1/2012 | I am presently receiving my state legislative pension which began at age 50; and I will receive my state judicial pension at age 60, which will begin on 12-1-12 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Employees Retirement System of Texas (state legislative pension-paid in monthly installments) | $23,864.04 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Northeast ISD - salary |
| 2. 2011 | Northern Trust Company - annuity |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BLACKROCK ALL-CAP GLOBAL RESOURCE | A | Int./Div. | J | T | Buy (add'l) | 01/20/11 | K | | |
| 2. | | | | | Sold (part) | 02/08/11 | K | | |
| 3. | | | | | Buy (add'l) | 02/16/11 | J | | |
| 4. | | | | | Sold (part) | 08/08/11 | J | | |
| 5. | | | | | Buy (add'l) | 08/12/11 | K | | |
| 6. | | | | | Buy (add'l) | 10/06/11 | J | | |
| 7. BLACKROCK GLOBAL ALLOCATION | A | Int./Div. | J | T | Sold (part) | 01/19/11 | J | | |
| 8. | | | | | Sold (part) | 02/08/11 | J | | |
| 9. | | | | | Sold (part) | 08/09/11 | K | | |
| 10. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 11. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 12. BLACKROCK GNMA | A | Int./Div. | | | Sold | 01/19/11 | J | | |
| 13. DELAWARE DIVERSIFIED INCOME | A | Int./Div. | J | T | Sold (part) | 01/19/11 | J | | |
| 14. | | | | | Sold (part) | 08/08/11 | J | | |
| 15. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 16. | | | | | Sold (part) | 10/25/11 | J | | |
| 17. FEDERATED ADJUSTABLE RATE | A | Int./Div. | | | Sold | 01/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   FIDELITY ADV LEVERAGED STOCK | A | Interest | | | Sold | 01/19/11 | J | | |
| 19.   FIRST EAGLE GLOBAL | A | Int./Div. | K | T | Sold (part) | 01/19/11 | K | | |
| 20. | | | | | Sold (part) | 02/08/11 | J | | |
| 21. | | | | | Sold (part) | 08/08/11 | K | | |
| 22. | | | | | Buy (add'l) | 08/12/11 | K | | |
| 23. | | | | | Buy (add'l) | 08/16/11 | K | | |
| 24.   IVY ASSET STRATEGY | A | Int./Div. | K | T | Sold (part) | 01/19/11 | K | | |
| 25. | | | | | Buy (add'l) | 01/20/11 | K | | |
| 26. | | | | | Sold (part) | 02/08/11 | J | | |
| 27. | | | | | Buy (add'l) | 08/03/11 | K | | |
| 28. | | | | | Sold (part) | 08/08/11 | K | | |
| 29. | | | | | Sold (part) | 08/09/11 | K | | |
| 30. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 31. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 32.   MATTHEWS ASIAN GROWTH & INCOME | A | Int./Div. | K | T | Buy (add'l) | 01/20/11 | J | | |
| 33. | | | | | Sold (part) | 02/09/11 | J | | |
| 34. | | | | | Buy (add'l) | 02/15/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 36. | | | | | Buy (add'l) | 08/03/11 | J | | |
| 37. | | | | | Sold (part) | 08/09/11 | J | | |
| 38. | | | | | Sold (part) | 10/25/11 | J | | |
| 39. PIMCO REAL RETURN | A | Int./Div. | K | T | Sold (part) | 08/08/11 | J | | |
| 40. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 41. | | | | | Buy (add'l) | 08/23/11 | J | | |
| 42. | | | | | Sold (part) | 08/24/11 | J | | |
| 43. | | | | | Sold (part) | 10/27/11 | J | | |
| 44. RYDEX MANAGED FUTURES | A | Int./Div. | K | T | Buy (add'l) | 01/19/11 | J | | |
| 45. | | | | | Sold (part) | 02/08/11 | J | | |
| 46. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 47. | | | | | Sold (part) | 08/27/11 | J | | |
| 48. ALLIANCEBERNSTEIN GLOBAL BOND | A | Int./Div. | | | Sold | 02/08/11 | J | | |
| 49. PERMANENT PORTFOLIO | A | Int./Div. | | | Sold | 01/19/11 | K | | |
| 50. HIGHBRIDGE STATISTICAL NEUTRAL | A | Int./Div. | | | Sold | 02/08/11 | J | | |
| 51. RIVERSOURCE ABSOLUTE RETURN | A | Int./Div. | | | Sold | 02/08/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO DELVELOPING LOCAL MARKETS | A | Int./Div. | J | T | Buy | 01/20/11 | J | | |
| 53. | | | | | Sold (part) | 08/08/11 | J | | |
| 54. VANGUARD BAL INDEX FD | A | Int./Div. | J | T | Buy (add'l) | 05/18/11 | J | | |
| 55. HIGHLAND FUNDS | A | Int./Div. | J | T | Buy | 10/25/11 | J | | |
| 56. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 57. OPPENHEIMER DEV MARKETS | A | Int./Div. | J | T | Buy | 01/20/11 | K | | |
| 58. | | | | | Buy (add'l) | 02/08/11 | J | | |
| 59. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 60. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 61. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 62. | | | | | Buy (add'l) | 10/29/11 | J | | |
| 63. OPPENHEIMER INTL BD FD | A | Int./Div. | J | T | Buy | 02/08/11 | J | | |
| 64. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 65. | | | | | Sold (part) | 10/25/11 | J | | |
| 66. PRUDENTIAL GLOBAL FD | A | Int./Div. | J | T | Buy | 01/20/11 | J | | |
| 67. | | | | | Buy (add'l) | 02/08/11 | J | | |
| 68. | | | | | Buy (add'l) | 04/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/08/11 | J | | |
| 70. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 71. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 72. PUTMAN FUNDS | A | Int./Div. | J | T | Buy | 08/16/11 | J | | |
| 73. NATIXIS FDS | A | Int./Div. | J | T | Buy | 02/08/11 | J | | |
| 74. | | | | | Sold (part) | 08/08/11 | J | | |
| 75. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 76. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 77. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 78. YACKTMAN FOCUSED FD | A | Int./Div. | J | T | Buy | 10/25/11 | J | | |
| 79. EATON VANCE RETURN FD | A | Int./Div. | J | T | Buy | 02/08/11 | J | | |
| 80. | | | | | Sold (part) | 08/08/11 | J | | |
| 81. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 82. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 83. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 84. PIMCO DEV MARKETS | A | Int./Div. | J | T | Buy | 01/20/11 | J | | |
| 85. | | | | | Sold (part) | 08/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 87. TEMPLETON INCOME FDS | A | Int./Div. | J | T | Buy | 02/08/11 | J | | |
| 88. | | | | | Sold (part) | 08/08/11 | J | | |
| 89. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 90. FROST BANK CHECKING | A | Int./Div. | J | T | | | | | |
| 91. FROST BANK SAVINGS | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Part II related to Agreements, in previous reports I had listed the year 2013 as when my Texas state judicial pension would vest. In fact, it will begin on December 1, 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ORLANDO L. GARCIA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544